```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| DANNY BELTRAN, | ) Case No. CV 15-9490-VBF (JPR) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| JOSIE GASTELO, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 11/02/2016

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
U.S. DISTRICT JUDGE